IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

AUSTIN EDWARD LIGHTFEATHER,

        Petitioner,

vs.

LANCASTER COUNTY,

        Respondent.

8:22CV350

**MEMORANDUM AND ORDER**

Petitioner filed a Petition for Writ of Habeas Corpus, Filing No. 1, and two Motions for Leave to Proceed in Forma Pauperis, Filing No. 5; Filing No. 6. Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 filing fee. 28 U.S.C. § 1914(a). However, after considering Petitioner's financial status as shown in the records of this Court (*see* inmate trust account statement at Filing No. 7, Case No. 8:22CV250; *see also* Filing No. 7), leave to proceed in forma pauperis will be granted and Petitioner is relieved from paying the filing fee. *See* 28 U.S.C. § 1915(a)(1).

IT IS THEREFORE ORDERED that: Petitioner's Motions for Leave to Proceed in Forma Pauperis, Filing No. 5; Filing No. 6, are granted. The next step in this case is for the Court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases. The Court will conduct this review in its normal course of business.

Dated this 31st day of October, 2022.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge